DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RUSHAWN COOPER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2069

_____

September 23, 2022

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Polk County; Jalal Harb, Judge.

Rushawn Cooper, pro se.

PER CURIAM.


        Affirmed.


CASANUEVA, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.